

IN THE
TENTH COURT OF APPEALS

No. 10-22-00243-CR

MICHAEL TAPIA,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2015-74-C1

## MEMORANDUM OPINION

Michael Tapia appeals his 2016 convictions for aggravated assault against a public servant and evading arrest or detention with a vehicle. *See* TEX. PENAL CODE §§ 22.02; 38.04. Because the trial court's certificate of right of appeal indicates Tapia has waived his right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

By letter dated September 16, 2022, the Clerk of this Court warned Tapia that his appeal would be dismissed unless, within 14 days from the date of the letter, a response was filed with the Court showing grounds for continuing the appeal. More than 14 days have passed, and Tapia had not responded.

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed October 12, 2022
Do not publish
[CR25]

